UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**KENYA JAROD FRANKLIN,**

    **Plaintiff,**

v.                                          **Case No: 5:20-cv-139-WFJ-PRL**

**MARION COUNTY JAIL, OCALA COMMUNITY CARE INC., V VELEZ-DIAZ, T WOOTEN and BILLY WOODS,**

    **Defendants.**

_____

**ORDER**

Plaintiff initiated this action on April 8, 2020, by filing a *pro se* Civil Rights Complaint. (Doc. 1). By Order dated September 7, 2022, Defendants' Motions to Dismiss were granted. (Doc. 54). Plaintiff was permitted the opportunity to file an amended complaint to cure the pleading deficiencies as identified by the Order. *See* Doc. 54 at 8. Instead, Plaintiff appealed. *See* Doc. 55. On August 9, 2023, the Eleventh Circuit dismissed the appeal as frivolous. (Doc. 61). The Court entered an Order on August 21, 2023, directing Plaintiff to file an amended complaint within twenty-one days. (Doc. 62). Plaintiff was then provided two additional extensions of time and his amended complaint was due on December 15, 2023. *See* Docs. 66 and 69. Plaintiff was warned that failure to comply within the allotted time would result in dismissal of this action without further notice. (Doc. 69 at 2). Plaintiff was further warned that no

further extensions would be permitted. *Id.* As of the date of this Order, the time to file the amended complaint has expired and Plaintiff has failed to comply.

ACCORDINGLY, it is hereby

**ORDERED:**

1. This case is **DISMISSED** without prejudice for failure to comply with a Court Order and failure to prosecute.

2. The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on December 22, 2023.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Pro Se Party
Counsel of Record